UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MARTINEZ ARIA,<br><br>            Plaintiff,<br><br>    v.<br><br>A.K. JOHAL, et al,<br><br>            Defendant. | 1:14-cv-00764-LJO-DLB (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Document# 9) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On June 30, 2014, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on June 11, 2014, IT IS HEREBY ORDERED THAT plaintiff's application of June 30, 2014, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

    Dated:    **July 3, 2014**                        /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE

1