# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MARTINEZ ARIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. K. JOHAL, et al.,<br><br>    Defendants. | Case No.  1:14-cv-00764 DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AND DIRECTING CLERK OF COURT TO AMEND DOCKET TO REFLECT CORRECT NAME OF PLAINTIFF<br><br>[ECF No. 4] |

Plaintiff is a state prisoner proceeding in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

On May 19, 2014, Plaintiff filed his complaint. On June 4, 2014, he filed the instant motion to amend the Court's docket and records to Plaintiff's correct name of Mario Martinez Arias. Plaintiff states that the Court's records do not contain the letter "s" after his last name.

Good cause having been presented, Plaintiff's motion is GRANTED. The Clerk of Court is DIRECTED to correct Plaintiff's name on the docket to Mario Martinez Arias.

IT IS SO ORDERED.

    Dated:  **January 21, 2015**              /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE

1